UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Bond Number: 83BSBEG0781
Case Number: 1:10-cv-00076-WMS



## PRELIMINARY INJUNCTION BOND

IDG USA, LLC
_____
Plaintiff(s)

vs.

Kevin J. Schupp
_____
Defendant(s)

[FILED SEP 28 2010 MICHAEL J. ROEMER, CLERK, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NY]

WHEREAS, by Order of the above entitled Court, Plaintiff(s) IDG USA, LLC was/were required to file an undertaking in the sum of One Hundred Twenty Five Thousand and 00/100-- DOLLARS as a condition for a preliminary injunction to be in effect restraining and enjoining the above named Defendant(s) Kevin J. Schupp from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, Hartford Fire Insurance Company, a corporation organized and existing under the laws of the State of Connecticut and authorized to transact business of Surety, as Surety, in consideration of premises and issuance of said preliminary injunction does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant Kevin J. Schupp and such damages not exceeding the amount of One Hundred Twenty Five Thousand and 00/100 DOLLARS as the Defendant Kevin J. Schupp may sustain by reason of said preliminary injunction if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 23rd day of September, 2010.

IDG USA, LLC

_Richard L. Saltz_
TREASURER
Principal Signature

Hartford Fire Insurance Company
Surety

_Christine Marotta_ Attorney-in-Fact

[Seal]

## *ACKNOWLEDGMENT OF SURETY*

STATE OF ILLINOIS

COUNTY OF COOK

On **SEP 2 3 2010** _____, before me, a Notary Public in and for the above county, personally appeared <u>Christine Marotta</u> to me personally known, who, being by me duly sworn, did state that he/she is Attorney-in-Fact of <u>Hartford Fire Insurance Company,</u> a corporation organized and existing under the laws of the State of <u>Connecticut</u> that the seal affixed to the foregoing instrument is the corporate seal of the said corporation, that the instrument was signed, sealed, and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledged the said instrument and the execution thereof to be the voluntary act and deed of said corporation by <u>her</u> voluntarily executed.

IN WITNESS WHEREOF, I have hereunto subscribed by name and affixed my official seal the day and year first above written.

OFFICIAL SEAL
NICOLE KUBENA
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/15/2012

(SEAL)

_____
Notary Public

<u>COOK  County, ILLINOIS</u>

# POWER OF ATTORNEY

**THE HARTFORD**
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115

| | |
|---|---|
| [X] Hartford Fire Insurance Company | Twin City Fire Insurance Company [ ] |
| [X] Hartford Casualty Insurance Company | Hartford Insurance Company of Illinois [X] |
| [ ] Hartford Accident and Indemnity Company | Hartford Insurance Company of the Midwest [ ] |
| [ ] Hartford Underwriters Insurance Company | Hartford Insurance Company of the Southeast [ ] |

KNOW ALL PERSONS BY THESE PRESENTS THAT the *Hartford Fire Insurance Company, Hartford Accident and Indemnity Company* and *Hartford Underwriters Insurance Company*, corporations duly organized under the laws of the State of Connecticut; *Hartford Insurance Company of Illinois*, a corporation duly organized under the laws of the State of Illinois; *Hartford Casualty Insurance Company, Twin City Fire Insurance Company* and *Hartford Insurance Company of the Midwest*, corporations duly organized under the laws of the State of Indiana; and *Hartford Insurance Company of the Southeast*, a corporation duly organized under the laws of the State of Florida; having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of unlimited:*

*Christine Marotta, Craig B. Brown, Mark G. Rustemeyer*
of
*Chicago, IL*

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on September 12th, 2000, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

      

Paul A. Bergenholtz, Assistant Secretary

John P. Hyland, Assistant Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD }

On this 19th day of September, 2000, before me personally came John P. Hyland, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



CERTIFICATE

Jean H. Wozniak
Notary Public
My Commission Expires June 30, 2004

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **SEP 2 3 2010**

Signed and sealed at the City of Hartford.

       

Colleen Mastroianni, Assistant Vice President